UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

JAMES BEYER and WYATT
ROBERTSON, individually and on
behalf of all others similarly situated,                                                              Plaintiffs,

v.                                                                                 Civil Action No. 1:25-cv-003-DJH

DRAFTKINGS, INC. and CROWN KY
GAMING LLC,                                                                                                Defendants.

\* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal signed by all parties who have appeared. (Docket No. 36)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The claims asserted by Plaintiff James Beyer and the putative class against Defendants DraftKings, Inc. and Crown KY Gaming LLC are **DISMISSED** without prejudice.

(2)     The claims asserted by Plaintiff Wyatt Robertson against DraftKings and Crown KY are **DISMISSED** with prejudice.

(3)     Defendants' motion to dismiss (D.N. 35) is **DENIED** as moot.

(4)     All claims having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

May 1, 2025

David J. Hale, Judge
United States District Court

1